Haik Beloryan, Esq., Bar No. 265667
E-mail: Beloryanlaw@gmail.com
Law Offices of Haik Beloryan
4730 Woodman Ave., St. 300
Sherman Oaks, CA 91423
Telephone: (818) 387-6428
Facsimile: (818) 387-6893

Attorneys for Plaintiff
AMANDA MILLER

James R. Moss, Jr., Bar No. 196725
E-Mail: jrm@paynefears.com
Matthew J. Cute, Bar No. 265158
E-Mail: mjc@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant
MARRIOTT HOTEL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA MILLER,<br><br>             Plaintiff,<br><br>       vs.<br><br>MARRIOTT HOTEL SERVICES, INC., a California Corporation; and DOES 1-100, inclusive,<br><br>             Defendants. | Case No. CV13-00682-JAK (MRW)<br><br>*(Los Angeles County Superior Court Case No. BC491446)*<br><br>**DISCOVERY MATTER**<br><br>Judge:  Hon. John A. Kronstadt<br>Magistrate Judge: Michael R. Wilner<br><br>**ORDER GRANTING STIPULATION AND AGREED PROTECTIVE ORDER** |

# ORDER GRANTING STIPULATION AND
# AGREED PROTECTIVE ORDER

IT IS ORDERED THAT the terms of the Stipulation and Protective Order as described in the Stipulation between Plaintiff AMANDA MILLER ("Plaintiff"), on the one hand, and Defendant MARRIOTT HOTEL SERVICES, INC. ("Defendant"), on the other hand, shall be entered as the Order of the Court and shall be binding upon the parties and signatories therein.

IT IS SO ORDERED.

DATED this 13th day of September, 2013.

By: _____
HONORABLE MICHAEL R. WILNER
United States Magistrate Judge

4815-1094-0693.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

-2-
ORDER GRANTING STIPULATION AND AGREED PROTECTIVE ORDER