1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

12
13
14
15
16
17
18
19
20
21
22
23
24

| AMANDA MILLER, | Case No. CV 13−00682−JAK (MRW) |
| Plaintiff, | [*Los Angeles County Superior Court Case No. BC491446*] |
| v. | Honorable Judge John A. Kronstadt, Courtroom 750, Roybal |
| MARRIOTT HOTEL SERVICES, INC., a California Corporation; and DOES 1-100, inclusive., | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| Defendants. | **JS-6** |
| | **[STIPULATION FILED CONCURRENTLY HEREWITH]** |

25
26
27
28

Pursuant to Stipulation between the parties and FOR GOOD CAUSE SHOWN it is hereby ORDERED that all claims for relief in the above-captioned action brought by Plaintiff Amanda Miller against Defendant Marriott Hotel Service,

Inc. are dismissed in their entirety with prejudice pursuant to FRCP Rule 41(a)(1), each side to bear their own fees and costs herein.

SO ORDERED.

Dated: February 10, 2014

_____

Hon. John A. Kronstadt
United States District Court

4817-9029-0456.1